UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MARY MEIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:16 CV 1549 RWS |
| | ) | |
| ST. LOUIS, MISSOURI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

Defendant Doc's Towing requests an unspecified additional amount of time beyond November 1, 2017, to file its motion for summary judgment. This motion will be denied without prejudice because defendant has not indicated to the Court how much additional time it requires to file its summary judgment motion. In addition, the case is currently set for trial on March 12, 2018. Any extension of time to file summary judgment motions will necessarily result in moving the trial date, as the Court would have insufficient time to rule on any motions prior to the pretrial materials being filed. If defendant chooses to again seek an extension of time, such motion shall include proposed summary judgment deadlines and a proposed new trial date that is acceptable to all parties. The motion shall also indicate whether plaintiff and/or defendant City of St. Louis object to moving the summary judgment and trial dates.

Accordingly,

**IT IS HEREBY ORDERED** that the motion for extensions of time [43] is denied without prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 25th day of October, 2017.