UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARY MEIER, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:16 CV 1549 RWS |
| CITY OF ST. LOUIS, et al., | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

For good cause shown,

**IT IS HEREBY ORDERED** that the motion to depose [51] is granted, and Farmington Correctional Center, 1012 West Columbia Street, Farmington, Missouri 63640, is ordered to make Benjamin Meier available for a full contact deposition at FCC on November 29, 2017 at 1:00 p.m. in a room that will accommodate all attorneys of record and a certified court report. If defendant requires an additional order from the Court to effectuate the deposition, it is defendant's responsibility to provide a proposed Order to the Court in Word format, and defendant should contact the Clerk's Office for further instructions if required.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 14th day of November, 2017.